UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 20-CV-04053-CBM-(AGRx) | Date | May 6, 2020 |
|---|---|---|---|
| Title | Yoram Gold, et al. v. Las Virgenes Unified School District, et al. | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED**

On May 1, 2020, Yoram and Elena Gold filed the Complaint on behalf of Plaintiff Eli Gold, who is identified in the Complaint as their thirteen-year-old son.  (*See* Dkt. No. 1 (Compl.); *see also* Compl. at p. 1:1-6.) Neither Yoram Gold nor Elena Gold indicates they are members of any Bar in the country, including the Central District of California, or guardian *ad litem* of Plaintiff Eli Gold.

The Local Rules of the Central District of California provide that *pro se* representation "may not be delegated to any other person – even a spouse, relative, or co-party in the case[.]" and, apart from limited exceptions not applicable here, "an appearance before the Court on behalf of another person, an organization, or a class may be made only by members of the Bar of this Court[.]"  L.R. 83-2.2.1; L.R. 83-2.1.1.  For a parent to bring an action on behalf of their minor child, the parent must be appointed as guardian *ad litem* of the minor child by this Court and then retain legal counsel for the minor child.  *See Johns v. Cty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997) (holding "that a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer."); *see also* Fed. R. Civ. P. 17(c).

The Court orders Yoram Gold and/or Elena Gold to file a declaration **by or before May 19, 2020**, signed under penalty of perjury, explaining why the Complaint should not be stricken for violating the rules prohibiting non-attorney parents from representing their minor child in court.   Failure to respond to this order may result in the dismissal of this action without prejudice.

A Pro Se Clinic is now available for litigants representing themselves.  It offers information and guidance.  The Los Angeles Clinic operates by appointment only.  You may schedule an appointment either by calling the clinic or by using an internet portal.  For more information call the Clinic in Los Angeles at 213-385-2977 ext. 270 or you can submit an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles.

**IT IS SO ORDERED.**

| | | | 00 | : |
|---|---|---|---|---|
| CV-90 (12/02) | | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk | YS |